AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
6/13/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
6/13/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: Valerie Munoz DEPUTY

United States of America

v.

THOMAS GUZMAN,

Defendant.

Case No.  2:25-MJ-03634-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 12, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1), (b) | Felony Assault of a Federal Officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Thomas J. Smith, HSI FPS Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: June 13, 2025

[signature]
*Judge's signature*

City and state: Los Angeles, California

Hon. Charles F. Eick, U.S. Magistrate Judge
*Printed name and title*

AUSA:   S. Paetty x6527

**AFFIDAVIT**

I, Thomas J. Smith, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against, and arrest warrant for, THOMAS GUZMAN ("GUZMAN") for a violation of Title 18, United States Code Section 111(a)(1),(b) (Assault on a Federal Officer), a felony.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and times are on or about those indicated.

## II. TRAINING AND EXPERIENCE OF SPECIAL AGENT THOMAS SMITH

3. I am a Special Agent with the Department of Homeland Security, Federal Protective Service ("FPS"). I have been an FPS Special Agent for the past seven years and am currently assigned as a Criminal Investigator for FPS in the Los Angeles Field Office.

4. Prior to becoming a Special Agent, I was assigned as a Uniformed Inspector for the FPS for four years. As a Uniformed Inspector, I performed security duties for federal facilities in

Washington, D.C., and Albuquerque, New Mexico. In 2008, I received over 440 hours of training in investigations at the Federal Law Enforcement Training Center in Glynco, Georgia. I have also received over 168 hours of Threat Assessment and Management and Physical Security Training. As a federal law enforcement officer, I have investigated over 100 cases involving criminal threats.

### III. STATEMENT OF PROBABLE CAUSE

**A.   Protest in Downtown Los Angeles**

5.   Based on my review of video surveillance footage, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

   a.   On June 12, 2025, a large group of protesters were gathered near the parking garage entrance of the Roybal Federal Building and U.S. Courthouse ("Roybal") which is located at 255 E. Temple St., Los Angeles, California 90012.

   b.   Specifically, the protesters were gathered on Alameda Street between Temple Street and Aliso Street. Various entrances to Roybal clearly indicate that it is a federal building (i.e., on the Temple Street side of the building the words "EDWARD R. ROYBAL FEDERAL BUILDING" are visible on the façade). Nearby Roybal on Alameda Street is a Bureau of Prisons facility, the Metropolitan Detention Center – Los Angeles ("MDC"), which is another federal facility.

   c.   Various protests have occurred in downtown Los Angeles for several days. This group of individuals appeared to

be gathering to protest federal immigration enforcement operations that took place over the weekend of June 6, 2025.

        d.    The Army National Guard, Customs and Border Protection ("CBP") Special Response Team, and FPS Officers were assigned to protect Roybal.

    6.    In a recorded interview that I conducted with CBP officers who were assigned to protective duty of federal buildings, including Roybal and MDC on June 12, 2025, I learned the following:

        a.    A large crowd began blocking the vehicle entrances that led to Roybal's parking garage. At approximately 6:55 p.m., various personnel within the crowd were yelling obscenities to the law enforcement personnel assigned to protect the entrance to Roybal and its parking garage. The size of the group continued to increase and became agitated when the vehicle entrance was cleared so a law enforcement convoy could exit the parking garage.

        b.    At 6:56 p.m., one of the CBP officers saw a demonstrator with a full beard, who was wearing a black shirt and a red burgundy hat with a Los Angeles Dodgers logo, throw a rock at another CBP officer. The rock struck the second officer in the face mask attached to his helmet covering his eyes and nose. The rock left visible damage to the left side of the plexiglass helmet.



  c. At approximately 7:08 p.m., FPS and CBP utilized an arrest team to move out into the crowd and arrest the individual wearing the black shirt and red burgundy hat who threw the rock.

  d. Based on California DMV records, the individual who threw the rock was identified as GUZMAN.

 7. During transport from Alameda Street to the FPS holding cell at 300 N. Los Angeles Street, GUZMAN made spontaneous statements when arriving to the hold cell saying, "Man you got me, I knew I should have ran." FPS Inspectors heard the spontaneous statements by GUZMAN at the holding cell. During the search incident to arrest, additional rocks were found in GUZMAN's pockets.

//

## IV. CONCLUSION

8.  For all the reasons described above, there is probable cause to believe that THOMAS GUZMAN violated Title 18, United States Code Section 111(a)(1),(b) (Assault on a Federal Officer), a felony.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 13th day of June, 2025.

_____
HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE