```
                                FILED
                        CLERK, U.S. DISTRICT COURT

                              7/1/25

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY:    MRV      DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 25- 2:25-cr-00543-FMO |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 111(a)(1): Simple Assault on Federal Officer] |
| THOMAS GUZMAN, | **[CLASS A MISDEMEANOR]** |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 111(a)(1)]

On or about June 12, 2025, in Los Angeles County, within the Central District of California, defendant THOMAS GUZMAN intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim H.M., an employee of United States Customs and

//

//

Border Protection, while H.M. was engaged in, and on account of, the performance of H.M.'s official duties.

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*/s/ Frances S. Lewis*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SCOTT PAETTY
Assistant United States Attorney
Deputy Chief, Major Frauds Section
